| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Silver Airways LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | 24-23623 | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aerostar Airport Holdings, LLC<br>P.O. Box 38085<br>San Juan, PR 00937-1085 | Neryann Rivera<br><br>Neryann.Rivera@aerostarairports.com<br>787-289-7240 | airport rent and usage fees | | | | $844,280.18 |
| ATR Americas Inc.<br>4355 N.W. 36 Street<br>Miami, FL 33166 | Laetitia Favero<br><br>laetitia.favero@atr-aircraft.com<br>(645) 200-2224 | trade debt | | | | $423,955.53 |
| Azorra Eagle 1 DAC<br>1st Floor, 118 Lower Baggot Street<br>Dublin 2, IE | Ron Bau<br><br>rbaur@azorra.com<br>281-686-2067 | lease and supplement rent | | | | $4,465,417.41 |
| Broward County Aviation Dept.<br>Attn: Finance Division<br>320 Terminal Drive Suite 200<br>Fort Lauderdale, FL 33315 | Alexander J. Williams<br><br>AJWilliams@broward.org<br>(954) 359-7201 | airport rent and usage fees | | | | $1,070,985.71 |
| City of Tallahassee Accounting Services Division - A/R<br>c/o Box A-4, City Hall<br>300 S. Adams St.<br>Tallahassee, FL 32301 | David Pollard<br><br>David.pollard@talgov.com<br>850-251-7536 | airport rent and usage fees | | | | $317,135.52 |
| County of Monroe-Key West Int'l Airport<br>3491 S. Roosevelt Blvd.<br>Key West, FL 33040 | Richard Strickland<br><br>Strickland-richard@mon<br>305-393-7742 | airport rent and usage fees | | | | $387,414.62 |

Official form 204                      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                      page 1

Debtor **Silver Airways LLC**
Name

Case number *(if known)* **24-23623**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Federal Aviation Administration<br>800 Independence Avenue, SW<br>Washington, DC 20591 | 202-267-7211 | taxes or fees | | | | $803,387.22 |
| Greater Orlando Aviation Auth.<br>1 Jeff Fuqua Blvd<br>Orlando, FL 32827 | Kathleen M. Sharman<br><br>Kathleen.sharman@goaa.org<br>407-825-2043 | airport rent and usage fees | | | | $1,018,805.65 |
| Hillsborough County Aviation Authority<br>PO Box 919730<br>Orlando, FL 32891-9730 | Tony O'Brian<br><br>tobrian@tampaairport.com<br>813-870-8789 | airport rent and usage fees | | | | $750,608.34 |
| Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0009 | 844-545-5640 | taxes or fees | | | | $2,059,868.65 |
| Jetstream Aviation Holdings, LLC<br>2601 South Bayshore Drive<br>Miami, FL 33133 | Donald Matsuura<br><br>dmatsuura@jetstreamavcap.com<br>305-447-1920 | lease and supplement rent | | | | $1,104,787.34 |
| Marsh USA, Inc.<br>P.O. Box 846015<br>Dallas, TX 75284-6015 | Steve Hladczuk<br><br>Steven.m.hladczuk@marsh.com<br>215-514-1994 | insurance and fees | | | | $417,386.23 |
| Navblue Inc.<br>295 Hagey Blvd Suite 200<br>Waterloo ON N2L 6R5, ON | Filipe Silva<br><br>Filipe.silva@navblue.aero<br>401-523-6975 | trade debt | | | | $584,572.68 |
| Nordic Aviation Capital DAC<br>Garden International Offices<br>Henry Street<br>Limerick IE V94 4D83, IE | Tony Romano<br><br>Tony.romano@nac.dk<br>416-276-8308 | lease and supplement rent | | | | $1,472,942.58 |

| Debtor | Silver Airways LLC | | Case number (if known) | 24-23623 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sabena Technics DNR<br>Aeroport de Dinard-Pleurtuit-Saint Malo<br>B.P 90154 - 35801 Dinard cedex<br>FR | Aurelie Mouchoux<br>aurelie.mouchoux@sabenatechnics.com<br>+33 2 99 82 99 23 | trade debts | | | | $833,709.84 |
| StandardAero Atlantic Inc.<br>Hangar 8, 800 Aerospace Blvd<br>Summerside PE COB 2AO<br>Canada | Darren Smith<br>Darren.smith@standaero.com<br>+1.902.888.4733 | trade debts | | | | $1,341,648.57 |
| Truenoord<br>No 1 Grants Row<br>Lower Mount Street<br>Dublin 2 D02 HX96, IE | Garry Topp<br>gtopp@truenoord.com<br>+44 203-868-5036 | lease and supplement rent | | | | $1,509,200.61 |
| U.S. Customs and Border Protection Revenue Division<br>Attn: User Fee Team<br>6650 Telcom Drive, Suite 100<br>Indianapolis, IN 46278 | 317-715-9407 | taxes or fees | | | | $336,807.10 |
| Virgin Islands Port Authority - Silver Cyril E. King Building<br>P.O. Box 301707<br>St Thomas, VI 00802 | Carlton Dowe<br>cdowe@viport.com | airport rent and usage fees | | | | $644,971.18 |
| World Fuel Services, Inc.<br>9800 NW 41st Street Suite #400<br>Miami, FL 33178 | Jonathan Leak<br>jleak@wfscorp.com<br>770-330-2134 | fuel | | | | $279,343.71 |