

ORDERED in the Southern District of Florida on June 5, 2025.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVER AIRWAYS LLC, *et al.* [1] | Case No. 24-23623-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION TO CONTINUE SALE HEARING IN CONNECTION WITH SILVER AIRWAYS LLC'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH TRANSACTION BY AUCTION; (II) SCHEDULING A HEARING TO CONSIDER THE TRANSACTION; (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (IV) APPROVING CONTRACT PROCEDURES; AND (V) GRANTING RELATED RELIEF) [ECF NO. 446]
TO A DATE ON OR AROUND JUNE 10, 2025**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SILVER AIRWAYS LLC (6766), and SEABORNE VIRGIN ISLANDS, INC. (1130). The mailing address and principal place of business of Silver is 2850 Greene Street, Hollywood, FL 33020. The mailing address and principal place of business of Seaborne is 2850 Greene Street, Hollywood, FL 33020.

This Matter came before the Court on June 4, 2025 at 2:30 p.m. for hearing upon the *Debtors' Ex Parte Motion to Continue Sale Hearing in Connection with Emergency Motion for Entry of an Order (i) Approving Bidding Procedures in Connection with Transaction by Auction; (ii) Scheduling a Hearing to Consider the Transaction; (iii) Approving the Form and Manner of Notice Thereof; (iv) Approving Contract Procedures; and (v) Granting Related Relief [ECF No. 446]* [ECF No. 564] (the "Motion"), filed by Silver Airways LLC ("Silver") and Seaborne Virgin Islands, Inc. ("Seaborne"), affiliated debtors and debtors-in-possession in the above-captioned cases (Silver and Seaborne are collectively, the "Debtors"), seeking to continue the Sale Hearing, as defined in the Motion, from June 4, 2025 at 2:30 p.m. to June 10, 2025. Upon consideration of the Motion, for good cause appearing, and the Court being otherwise fully advised, it is hereby

**ORDERED** that:

1. The Motion is GRANTED.

2. The Sale Hearing is continued from June 4, 2025, at 2:30 p.m. to June 10, 2025, at 1:30 p.m. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

# # #

Submitted by:

Brian P. Hall
Florida Bar No.: 0070051
Michael F. Holbein
Florida Bar No. 1033402
bhall@sgrlaw.com
mholbein@sgrlaw.com

1

SGR/80419116.1

SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3537
Facsimile: (404) 685-6837

*Attorneys for Debtors and Debtors in Possession*

(Mr. Hall and Mr. Holbein are directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file proof of service within three days of entry of the Order.)

2