

ORDERED in the Southern District of Florida on June 24, 2025.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| Silver Airways, LLC, | Case No. 24-23623-PDR |
| Seaborne Virgin Islands, Inc., | Case No. 24-23624-PDR |
| Debtors. _____/ | Jointly Administered |

### ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE AND DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS CASE was called for a hearing on Tuesday, June 24, 2025, at 10:00 a.m. to consider the *Motion to Dismiss Case* [ECF No. 329] filed by Mary Ida Townson, the United States trustee for Region 21 (the "UST"), and the Court, for the reasons stated on the record, finds that the appointment of a chapter 11 trustee is in the best interest of the creditors and the bankruptcy estates of Silver Airways, LLC, and Seaborne Virgin Islands, Inc. (collectively, the "Debtors").

**IT IS THEREFORE ORDERED:**

1.  The UST is directed to appoint a chapter 11 trustee for the Debtors' bankruptcy

estates immediately.

2. The Debtors' current management shall remain fiduciaries of the Debtors' estates and exercise their appropriate fiduciary duties in the operations of the Debtors until the chapter 11 trustee is appointed.

3. The Debtors' current management shall provide access to the Debtors' books and records and cooperate with the chapter 11 trustee that is appointed.

#   #   #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130
(305) 536-7285

*The Clerk of this Court is directed to serve this order on parties that were not automatically served electronically by CM/ECF.*