UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SILVER AIRWAYS LLC, *et al.*[1]

    Debtors.

_____/

Case No. 24-23623-PDR

Chapter 11

(Jointly Administered)

## *EX PARTE* MOTION TO ATTEND JUNE 26, 2025 HEARINGS REMOTELY

Wilmington Trust Company, NAC Aviation 29 DAC, NAC Aviation 30 Limited, UMB Bank, N.A., TrueNoord Suwannee B.V., TrueNoord Kissimmee B.V., and Kenn Borek Air Ltd. (collectively, the "NAC, TrueNoord, and Kenn Borek Aircraft Lessors"), by and through undersigned counsel, respectfully move this Court, on an *ex parte* basis, to permit their counsel, Barbra R. Parlin, Esq. ("Ms. Parlin") and Joaquin J. Alemany ("Mr. Alemany," and collectively, "Counsel"), to appear remotely at the hearings scheduled on June 26, 2025 at 11:00 a.m., regarding the *Order Continuing Hearing on Motion to Approve Bidding Procedures, etc.* [ECF No. 696], *Order Setting Status Conference [ECF No. 697],* and other noticed matters (the "Hearings"), and state as follows:

1. Ms. Parlin and Mr. Alemany are counsel to the NAC, TrueNoord, and Kenn Borek Aircraft Lessors.

2. Ms. Parlin is admitted to practice *pro hac vice* in this Chapter 11 case through this Court's Order entered on January 6, 2025. [ECF No. 41].

3. Good cause exists to permit Counsel to appear remotely by Zoom at the Hearings. Ms. Parlin's office is located outside the jurisdiction in New York, and her participation at the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Silver Airways LLC (6766), and Seaborne Virgin Islands, Inc. (1130).

upcoming non-evidentiary Hearings is expected to be limited, and Mr. Alemany's participation at the Hearings is also expected to be limited.

4. Counsel have appeared virtually before this Court at prior hearings in this case, and they are familiar with the Court's associated rules and procedures.

5. For the reasons set forth herein, Counsel respectfully request entry of an order authorizing their remote appearance at the June 26, 2025 Hearings.

**WHEREFORE**, the NAC, TrueNoord, and Kenn Borek Aircraft Lessors, through undersigned counsel, respectfully request entry of an Order, in the form attached hereto as Exhibit A, permitting their counsel, Barbra R. Parlin, Esq. and Joaquin J. Alemany, Esq., to appear remotely at the June 26, 2025 Hearings via Zoom, and for such other and further relief as the Court deems proper and just.

Dated: June 25, 2025

Respectfully Submitted,

*/s/ Joaquin J. Alemany*
Joaquin J. Alemany, Esq.
Florida Bar No. 662380
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone: (305) 789-7763
E-mail:  joaquin.alemany@hklaw.com

Barbra R. Parlin, Esq. (*admitted pro hac vice*)
Holland & Knight LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 513-3200
Email: barbra.parlin@hklaw.com

*Attorneys for Wilmington Trust Company, as Owner Trustee for MSNs 1216, 1217 and 1219, NAC Aviation 29 DAC, as Owner Participant for MSNs 1217 and 1219, and NAC Aviation 30 Limited, as Owner Participant for MSN 1216; and UMB Bank, N.A., as Owner Trustee for MSNs 1038, 1602, and 1606; TrueNoord Suwannee B.V., as Owner Participant for MSN 1038; TrueNoord Kissimmee B.V., as Owner*

*Participant for MSNs 1602 and 1606, and Kenn Borek Air Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this June 25, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF System on all parties authorized to receive notice via CM/ECF in this case.

By: /s/ Joaquin J. Alemany
Joaquin J. Alemany, Esq.