UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SILVER AIRWAYS LLC, *et al.*[1]

Debtors.

_____/

Case No. 24-23623-PDR
Chapter 11

(Jointly Administered)

**ORDER GRANTING *EX PARTE* MOTION TO ATTEND**
**JUNE 26, 2025 HEARINGS REMOTELY**

THIS MATTER having come before the Court, without a hearing, upon the *Ex Parte Motion to Attend June 26, 2025 Hearings Remotely* (the "Motion") [ECF No. 705] to allow Barbra R. Parlin, Esq. and Joaquin J. Alemany, Esq. of Holland & Knight LLP, to appear remotely via Zoom at the hearings scheduled for June 26, 2025 at 11:00 a.m. The Court, having considered the Motion, and being otherwise fully advised in the premises, and good cause appearing, hereby ORDERS as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Silver Airways LLC (6766), and Seaborne Virgin Islands, Inc. (1130).

1. The Motion is GRANTED.

2. Barbra R. Parlin, Esq. and Joaquin J. Alemany, Esq. are permitted to appear remotely via Zoom at the hearings scheduled for June 26, 2025 at 11:00 a.m.

### #

Submitted by:

Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Avenue, Ste. 3300
Telephone: 305-789-7763
Facsimile:  305-789-7799
E-mail: joaquin.alemany@hklaw.com

Copies furnished to movants' attorney, Joaquin Alemany, who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.