

**ORDERED in the Southern District of Florida on June 26, 2025.**



                    **Peter D. Russin, Judge**
                  **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| Silver Airways, LLC, | Case No. 24-23623-PDR |
| Seaborne Virgin Islands, Inc., | Case No. 24-23624-PDR |
| Debtors. _____/ | Jointly Administered |

**ORDER DELAYING EFFECTIVENESS OF**
**ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS**
**CASE AND DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**

THIS CASE was called for a status conference on Thursday, June 26, 2025, at 11:00 a.m. upon the *Order Setting Status Conference* [ECF No. 697]. At such conference, the Court received an update on the case status and appointment of a chapter 11 trustee pursuant to the Court's *Order on United States Trustee's Motion to Dismiss Case and Directing Appointment of Chapter 11 Trustee* [ECF No. 695] ("Order"). After considering the undisputed statements of the parties made on the record at such conference and the relief available, the Court determined, for the reasons

stated on the record, that delaying effectiveness of its Order was necessary until the appointment of a chapter 11 trustee.

**IT IS THEREFORE ORDERED:**

1.  The effectiveness of the Court's Order [ECF No 695] with respect to the management of Silver Airways, LLC, and Seaborne Virgin Islands, LLC, is **DELAYED** until the appointment of a chapter 11 trustee.

2.  The management of Silver Airways, LLC, and Seaborne Virgin Islands, LLC, that was in place prior to the Court's Order [ECF No. 695] shall continue to manage the operation of the Debtors as fiduciaries until the appointment of a chapter 11 trustee.

#   #   #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130
(305) 536-7285

*The Clerk of this Court is directed to serve this order on parties that were not automatically served electronically by CM/ECF.*