**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| Silver Airways, LLC, | Case No. 24-23623-PDR |
| Debtors. | Jointly Administered[1] |
| _____ / | |

### NOTICE APPOINTING CHAPTER 11 TRUSTEE AND SETTING BOND

Mary Ida Townson, the United States trustee for Region 21 (the "UST"), pursuant to the *Order on United States Trustee's Motion to Dismiss Case and Directing Appointment of Chapter 11 Trustee* [ECF No. 695] issued on June 25, 2025, the UST hereby appoints the following person as chapter 11 trustee for the bankruptcy estate of Silver Airways, LLC:

> Soneet R. Kapila
> PO Box 14213
> Fort Lauderdale, FL 33302
> (954) 761-8707
> trustee@kapilatrustee.com

The bond of the chapter 11 trustee will initially be set at $16,500,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee regarding any modifications to the bond.

This appointment is made on June 30, 2025.

> Mary Ida Townson
> United States trustee for Region 21
>
> */s/ John Schank*
> John Schank
> Florida Bar No. 1002828
> john.s.schank@usdoj.gov
> Office of the United States Trustee
> 51 SW 1st Ave, Suite 1204
> Miami, FL 33130
> (305) 536-7285

---

[1] This case is being jointly administered with the bankruptcy case of *In re: Seaborne Virgin Islands, Inc*, which was assigned case no. 24-23624-PDR.