UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>SILVER AIRWAYS LLC, *et al.*[1]<br><br>　　　　　Debtors-in-Possession. | Chapter 11<br><br>Case No. 24-23623-PDR<br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

　　　　I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

　　　　On June 26, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Delaying Effectiveness of Order on United States Trustee's Motion to Dismiss Case and Directing Appointment of Chapter 11 Trustee** [Docket No. 713]

Dated: July 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Hannah Bussey*
　　　　　　　　　　　　　　　　　　　　　　　　Hannah Bussey
　　　　　　　　　　　　　　　　　　　　　　　　Verita
　　　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, Suite 300
　　　　　　　	　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SILVER AIRWAYS LLC (6766), and SEABORNE VIRGIN ISLANDS, INC. (1130). The mailing address and principal place of business of Silver is 2850 Greene Street, Hollywood, FL 33020. The mailing address and principal place of business of Seaborne is 2850 Greene Street, Hollywood, FL 33020.

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | Aerostar Airport Holdings, LLC | Neryann Rivera | Neryann.Rivera@aerostarairports.com |
| Counsel to U.S. Bank National Association | Akerman LLP | D. Brett Marks | brett.marks@akerman.com |
| Top 20 Creditor | ATR Americas Inc. | Laetitia Favero | laetitia.favero@atr-aircraft.com |
| Top 20 Creditor | Azorra Eagle 1 DAC | Ron Bau | rbaur@azorra.com |
| Counsel to Azorra Eagle 1 DAC and Azorra Eagle 2 DAC | Azorra LLC | Legal Department | KHoffman@Azorra.com; LMcCarthy@Azorra.com |
| Counsel to Secured Lender - Argent Funding, LLC and Volant SVI Funding, LLC | Blank Rome LLP | Regina Stango Kelbon | regina.kelbon@blankrome.com |
| Counsel to Argent Funding, LLC and Volant SVI Funding, LLC | Blank Rome LLP | Regina Stango Kelbon, John E. Lucian | regina.kelbon@blankrome.com; john.lucian@blankrome.com |
| Counsel to Broward County, Broward County Tax Collector and Broward County, a political subdivision of the State of Florida | Broward County | Scott Andron and Ricardo Abraham, Assistant County Attorneys | sandron@broward.org; rabraham@broward.org |
| Top 20 Creditor | Broward County Aviation Dept. | Attn Finance Division | AJWilliams@broward.org |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Airspace | Buchanan Ingersoll & Rooney PC | Nicole Grimal Helmstetter | nhelmstetter@joneswalker.com |
| Top 20 Creditor | City of Tallahassee Accounting Services Division - A/R | c/o Box A-4 | David.pollard@talgov.com |
| Top 20 Creditor | County of Monroe-Key West Int'l Airport | Richard Strickland | Strickland-richard@monroecounty-fl.gov |
| Counsel to Aircraft Lessors/Creditors, JAH2022A ATR72 MSN 1185, LLC and JAH2022A ATR72 MSN 1092, LLC | Dickinson Wright PLLC | Alan J. Perlman, Esq. | aperlman@dickinsonwright.com |
| Counsel to U.S. Bank National Association | Dorsey & Whitney LLP | Samuel S. Kohn, Michael Galen | kohn.sam@dorsey.com; galen.michael@dorsey.com |
| Top 20 Creditor | Greater Orlando Aviation Auth. | Kathleen M. Sharman | Kathleen.sharman@goaa.org |
| Counsel to the United States of America, Federal Aviation Administration and Transportation Security Administration | Hayden P. O'Byrne | Raychelle A. Tasher | Raychelle.Tasher@usdoj.gov |
| Top 20 Creditor | Hillsborough County Aviation Authority | Tony O'Brian | tobrian@tampaairport.com |
| Counsel to UMB Bank, N.A., as Owner Trustee for MSNs 1038, 1602, and 1606; TrueNoord Suwannee B.V., as Owner Participant for MSN 1038; and TrueNoord Kissimmee B.V., as Owner Participant for MSNs 1602 and 1606; and  Wilmington Trust Company, as Owner Trustee for MSNs 1216, 1217 and 1219, NAC Aviation 29 DAC, as Owner Participant for MSNs 1217 and 1219, and NAC Aviation 30 Limited, as Owner Participant for MSN 1216 and Kenn Borek Air Ltd. | Holland & Knight LLP | Barbra R. Parlin, Esq. | barbra.parlin@hklaw.com |

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to UMB Bank, N.A., as Owner Trustee for MSNs 1038, 1602, and 1606; TrueNoord Suwannee B.V., as Owner Participant for MSN 1038; and TrueNoord Kissimmee B.V., as Owner Participant for MSNs 1602 and 1606; and Wilmington Trust Company, as Owner Trustee for MSNs 1216, 1217 and 1219, NAC Aviation 29 DAC, as Owner Participant for MSNs 1217 and 1219, and NAC Aviation 30 Limited, as Owner Participant for MSN 1216 and Kenn Borek Air Ltd. | Holland & Knight LLP | Joaquin J. Alemany, Esq. | joaquin.alemany@hklaw.com |
| Top 20 Creditor | Jetstream Aviation Holdings, LLC | Donald Matsuura | dmatsuura@jetstreamavcap.com |
| Top 20 Creditor | Marsh USA, Inc. | Steve Hladczuk | Steven.m.hladczuk@marsh.com |
| Counsel to Alvest Equipment Services USA, LLC | Meland Budwick, P.A. | Daniel N. Gonzalez, Esquire | dgonzalez@melandbudwick.com |
| Counsel to Alvest Equipment Services USA, LLC | Meland Budwick, P.A. | Meaghan E. Murphy, Esquire | mmurphy@melandbudwick.com |
| Top 20 Creditor | Navblue Inc. | Filipe Silva | Filipe.silva@navblue.aero |
| Counsel to Secured Lender - Brigade Agency Services LLC | Nelson Mullins Riley & Scarborough LLP | Lee B. Hart, Esq., Adam D. Herring, Esq. | lee.hart@nelsonmullins.com; adam.herring@nelsonmullins.com |
| Counsel to Secured Lender - Brigade Agency Services LLC | Nelson Mullins Riley & Scarborough, LLP | Frank P. Terzo, Esq. | frank.terzo@nelsonmullins.com |
| Top 20 Creditor | Nordic Aviation Capital DAC | Garden International Offices | Tony.romano@nac.Dk |
| United States Trustee | Office of the United States Trustee | John Schank | john.s.schank@usdoj.gov |
| Counsel to Truist Bank, Inc. | Parker, Hudson, Rainer & Dobbs LLP | Sameer K. Kapoor | skapoor@phrd.com |
| Counsel to Hartford Fire Insurance Company | Paskert Divers Thompson | Matthew G. Davis, Esq. | mdavis@pdtlegal.com; jdorta@pdtlegal.com |
| Counsel to Charter America Holdings, Inc. | Roth & Scholl | Jeffrey C. Roth, Esq. | jeff@rothandscholl.com |
| Counsel to Greater Orlando Aviation Authority | Rumberger, Kirk & Caldwell, P.C. | R. Scott Williams | swilliams@rumberger.com |
| Top 20 Creditor | Sabena Technics DNR | Aurelie Mouchoux | aurelie.mouchoux@sabenatechnics.com |
| Counsel to Avenger Flight Group, LLC | Salazar Law | Luis Salazar, Esq. | Luis@Salazar.Law; Lee-Sin@Salazar.law |
| Top 20 Creditor | StandardAero Atlantic Inc. | Darren Smith | Darren.smith@standardaero.com |
| Counsel to Monroe County | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Drew M. Dillworth, Esq. | ddillworth@stearnsweaver.com |
| Counsel to Airline Professionals Association of the International Brotherhood of Teamsters, Local Union No. 1224 ("IBT Local 1224") and the International Brotherhood of Teamsters-Airline Division ("IBT-AD") and Association of Flight Attendants-CWA | Sugarman, Susskind Braswell & Herrera, P.A. | D. Marcus Braswell, Jr. | mbraswell@sugarmansusskind.com |
| Top 20 Creditor | Truenoord | Garry Topp | gtopp@truenoord.com |
| Counsel to Azorra Eagle 1 DAC and Azorra Eagle 2 DAC | Vedder Price P.C. | Javier A. Lopez | JLopez@VedderPrice.com |
| Counsel to Azorra Eagle 1 DAC and Azorra Eagle 2 DAC | Vedder Price P.C. | Michael J. Edelman | MJEdelman@VedderPrice.com |
| Top 20 Creditor | Virgin Islands Port Authority | Carlton Dowe | cdowe@viport.com |
| Counsel to Airline Tech Reps, LLC d/b/a STS Line Maintenance | William M. Lindeman, P.A. | William M. Lindeman | w.lindeman@wmlpa.com |
| Top 20 Creditor | World Fuel Services, Inc. | Jonathan Leak | jleak@wfscorp.com |

# Exhibit B

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Aerostar Airport Holdings, LLC | Neryann Rivera | P.O. Box 38085 | | | San Juan | PR | 00937-1085 | |
| Top 20 Creditor | ATR Americas Inc. | Laetitia Favero | 4355 N.W. 36 Street | | | Miami | FL | 33166 | |
| Top 20 Creditor | Azorra Eagle 1 DAC | Ron Bau | 1st Floor | 118 Lower Baggot Street | | Dublin 2 | | | Ireland |
| Counsel to Azorra Eagle 1 DAC and Azorra Eagle 2 DAC | Azorra LLC | Legal Department | 201 E. Las Olas Blvd., Suite 2250 | | | Fort Lauderdale | FL | 33301 | |
| Counsel to Argent Funding, LLC and Volant SVI Funding, LLC | Blank Rome LLP | Regina Stango Kelbon, John E. Lucian | One Logan Square | 130 N. 18th Street | | Philadelphia | PA | 19103 | |
| Top 20 Creditor | Broward County Aviation Dept. | Attn Finance Division | Alexander J. Williams | 320 Terminal Drive, Suite 200 | | Fort Lauderdale | FL | 33315 | |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | | San Francisco | CA | 94105-3493 | |
| Top 20 Creditor | City of Tallahassee Accounting Services Division - A/R | c/o Box A-4 | David Pollard | City Hall | 300 S. Adams St. | Tallahassee | FL | 32301 | |
| Top 20 Creditor | County of Monroe-Key West Int'l Airport | Richard Strickland | 3491 S. Roosevelt Blvd. | | | Key West | FL | 33040 | |
| Internal Revenue Service | Department of the Treasury - Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Department of the Treasury - Internal Revenue Service | | George Hyde (G. H.) Fallon Federal Building | 31 Hopkins Plaza | | Baltimore | MD | 21201 | |
| Internal Revenue Service | Department of the Treasury, Internal Revenue Service | | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 | |
| Counsel to U.S. Bank National Association | Dorsey & Whitney LLP | Samuel S. Kohn, Michael Galen | 51 West 52nd Street | | | New York | NY | 10019 | |
| Top 20 Creditor | Federal Aviation Administration | | 800 Independence Avenue, SW | | | Washington | DC | 20591 | |
| U.S. Attorney for the Southern District of Florida | Florida Southern District US Attorneys Office | Attn Bankruptcy Division | 500 E Broward Blvd | | | Ft Lauderdale | FL | 33394 | |
| Top 20 Creditor | Greater Orlando Aviation Auth. | Kathleen M. Sharman | 1 Jeff Fuqua Blvd | | | Orlando | FL | 32827 | |
| Top 20 Creditor | Hillsborough County Aviation Authority | Tony O'Brian | PO Box 919730 | | | Orlando | FL | 32891-9730 | |
| Counsel to UMB Bank, N.A., as Owner Trustee for MSNs 1038, 1602, and 1606; TrueNoord Suwannee B.V., as Owner Participant for MSN 1038; and TrueNoord Kissimmee B.V., as Owner Participant for MSNs 1602 and 1606; and Wilmington Trust Company, as Owner Trustee for MSNs 1216, 1217 and 1219, NAC Aviation 29 DAC, as Owner Participant for MSNs 1217 and 1219, and NAC Aviation 30 Limited, as Owner Participant for MSN 1216 and Kenn Borek Air Ltd. | Holland & Knight LLP | Barbra R. Parlin, Esq. | 787 Seventh Avenue | | | New York | NY | 10019 | |
| Top 20 Creditor | Internal Revenue Service Department of the Treasury | | Internal Revenue Service | | | Ogden | UT | 84201-0009 | |

In re Silver Airways LLC, et al.,
Case No. 24-23623 (PDR)

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Jetstream Aviation Holdings, LLC | Donald Matsuura | 2601 South Bayshore Drive | | | Miami | FL | 33133 | |
| Top 20 Creditor | Marsh USA, Inc. | Steve Hladczuk | P.O. Box 846015 | | | Dallas | TX | 75284-6015 | |
| Counsel to Alvest Equipment Services USA, LLC | Meland Budwick, P.A. | Meaghan E. Murphy, Esquire | 3200 Southeast Financial Center | 200 South Biscayne Boulevard | | Miami | FL | 33131 | |
| Top 20 Creditor | Navblue Inc. | Filipe Silva | 295 Hagey Blvd, Suite 200 | | | Waterloo | ON | N2L 6R5 | Canada |
| Top 20 Creditor | Nordic Aviation Capital DAC | Garden International Offices | Tony Romano | Henry Street | | Limerick | | V94 4D83 | Ireland |
| Top 20 Creditor | Sabena Technics DNR | Aurelie Mouchoux | Aeroport de Dinard-Pleurtuit-Sai nt Malo | B.P 90154 - 35801 | | Dinard | | 35801 | France |
| Top 20 Creditor | StandardAero Atlantic Inc. | Darren Smith | Hangar 8 | 800 Aerospace Blvd | | Summerside | PE | C0B 2A0 | Canada |
| Top 20 Creditor | Truenoord | Garry Topp | No 1 Grants Row Lower Mount Street | | | Dublin 2 | | D02 HX96 | Ireland |
| Top 20 Creditor | U.S. Customs and Border Protection Revenue Division | Attn User Fee Team | 8899 E 56th St | | | Indianapolis | IN | 46249-0002 | |
| Counsel to Azorra Eagle 1 DAC and Azorra Eagle 2 DAC | Vedder Price P.C. | Michael J. Edelman | 1633 Broadway, 31st Floor | | | New York | NY | 10019 | |
| Top 20 Creditor | Virgin Islands Port Authority | Carlton Dowe | Silver Cyril E. King Building | P.O. Box 301707 | | St Thomas | VI | 00802 | |
| Top 20 Creditor | World Fuel Services, Inc. | Jonathan Leak | 9800 NW 41st Street, Suite #400 | | | Miami | FL | 33178 | |