**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In Re:

| | |
|---|---|
| Silver Airways, LLC,<br>and<br>Seaborne Virgin Islands, Inc.;<br><br>Debtors. / | Case No. 24-23623-BKC-PDR<br>(Jointly Administered with<br>Case No. 24-23624-BKC-PDR)<br>Chapter 11 Cases |

**SUMMARY OF KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE OF SEABORNE VIRGIN ISLANDS, INC.**
**FOR THE PERIOD JUNE 30, 2025 THROUGH JULY 27, 2025**

1. Name of Applicant:............................................................... KapilaMukamal, LLP
2. Role of Applicant:........................................Accountant for Trustee, Soneet Kapila
3. Name of Certifying Professional: .............Soneet R. Kapila, CPA, CFF, CIRA, CFE
4. Date case filed as Chapter 11:................................................December 30, 2024
5. Date converted to Chapter 7..........................................................July 28, 2025
6. Date of Retention Order:..................................................................July 7, 2025
*Effective June 30, 2025*

**IF INTERIM APPLICATION, COMPLETE 7-10 BELOW:**

7. Period for this Application: ............................ June 30, 2025 through July 27, 2025
8. Amount of Compensation Sought For This Period:............................... $31,329.20
9. Amount of Expense Reimbursement Sought For This Period:............... $ 193.47
10. Total Amount Sought for The Period.................................................... $31,522.67

**IF FINAL APPLICATION, COMPLETE 11-16 BELOW**

11. Total Amount of Compensation Sought during case:............................ $31,329.20
12. Total Amount of Expense Reimbursement Sought during case:............ $ 193.47
13. Amount of Original Retainer(s). Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: ................................. N/A
14. Current Balance of Retainer(s) remaining:........................................................ N/A
15. Last monthly operating report filed:..................................... May, 2025 [ECF #513]
16. Current funds in the Chapter 7 estate:............................................... $600,856.08

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:

| | |
|---|---|
| Silver Airways, LLC,<br>and<br>Seaborne Virgin Islands, Inc.;<br><br>Debtors. / | Case No. 24-23623-BKC-PDR<br>(Jointly Administered with<br>Case No. 24-23624-BKC-PDR)<br>Chapter 11 Cases |

**KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO ACCOUNTANT TO THE CHAPTER 11 TRUSTEE FOR SEABORNE VIRGIN ISLANDS, INC. FOR THE PERIOD JUNE 30, 2025 THROUGH JULY 27, 2025**

Soneet R. Kapila, CPA, CFF, CIRA, CFE and KapilaMukamal, LLP (collectively the "Applicant" or "KM"), the accountants for Soneet Kapila, the Chapter 11 Trustee (the "Trustee") of the Debtor, Seaborne Virgin Islands, Inc. (the "Debtor"), applies for final compensation of fees for services rendered and costs incurred in this Chapter 11 proceeding. Applicant reserves the right to Supplement this Application, if necessary.

This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibit 1 – Fee Application Summary Chart

Exhibits 2-A and 2-B – Summary of Professional and Paraprofessional Time.

Exhibit 3 – Summary of Requested Reimbursement of Expenses.

Exhibit 4 – The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fees of $31,329.20 for 53.70 hours worked (blended rate of $583.41) are reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1. **THE TIME AND LABOR REQUIRED**:

Exhibits 2-4 illustrate the time and labor required for this engagement. The time expended by the Applicant for accounting services furnished to the Trustee as appears on Exhibit 2-A does not reflect and cannot reflect all of the time actually expended by the Applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the Applicant in this case.

2. **THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED**:

This proceeding presented several matters that required the services and skill of an experienced forensic accountant.

3. **THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE**:

The Applicant has not been precluded from other engagements because of its employment by the Trustee in this proceeding. Had the Applicant not accepted this matter, it would have devoted its time to other matters for which it would have been compensated by clients on a current monthly basis.

4. **THE CUSTOMARY FEE**:

The Applicant rendered services at its customary hourly rate, more fully set forth on the attached exhibits, and such customary hourly rate is competitive within the bankruptcy practice in the community, and in some instances, lower than rates billed by the Applicant to other clients.

The hourly rate charged for professionals who worked on this bankruptcy are as follows:

| Name | Title | Billed per Hour |
|---|---|---|
| Melissa Davis | Partner | $650 |
| Rachel L. Weiss | Senior Associate | $476 |
| Meredith Walker | Paraprofessional | $330 |
| Catherine. D. Murchison | Forensic Analyst | $320 |

5. **TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**:

The services performed by the Applicant were performed under time constraints imposed by the Trustee. Therefore, considerable time had to be expended within short periods of time to complete the sale of the Debtor's assets, predicated upon the Trustee's proposed actions to resolve the issues in this bankruptcy estate. The Applicant's services have been rendered timely and in an efficient manner and facilitated the efficient administration of these proceedings.

6. **THE EXPERIENCE, REPUTATION & ABILITY OF THE APPLICANT**:

The Trustee has looked to KM for an extensive and full range of insolvency accounting services. The Applicant possesses credentials of the highest order in providing such accounting services, especially as they relate to debtors in bankruptcy. It

is especially skilled in business reorganization, business analysis, and issues of insolvency accounting, asset identification and recovery, insolvency taxation, tax compliance and other creditors' rights matters in this area of practice.

The outstanding professionalism with which the Applicant has carried out its important role has contributed significantly to the efficient and effective administration of the estate as more fully demonstrated in the following discussion.

The Applicant has demonstrated a high degree of skill in bankruptcy matters, accounting practices, business practices and management, as well as investigatory and other accounting skills in conjunction with performing its services in these proceedings.

7. **THE UNDESIRABILITY OF THE CASE**:

The representation of the Trustee and of this case was not undesirable.

8. **THE LEGAL STANDARD**:

The applicable legal standard for compensation under 11 U.S.C. § 330 is based on the time, nature, extent and value of the Applicant's services, as well as the cost of comparable services other than in a case under Title 11. Therefore, it is respectfully requested that the Court consider the reasonableness of the fees requested by the Applicant.

9. **CASE NARRATIVE**:

This case was commenced as a Chapter 11 proceeding on December 30, 2024 by the filing of a petition then converted to a Chapter 7 proceeding on July 28, 2025.

To assist with financial matters, the Trustee determined that he required the assistance of an accountant to provide reliable assessments of the Debtor's financial condition and capabilities and tax compliance matters, to ensure the estate's principal assets were being preserved and properly marshaled. Accordingly, the Trustee filed with

this Court an Application dated July 7, 2025, for Employment of KM as Accountants for the Trustee.

10. **CATEGORIES**:

*Case Administration*

The Applicant has attempted to allocate most of its time to specific project codes. However, some amount of time is necessarily incurred in the supervision, coordination and global management of the overall project, and other compliance activities, in an effort to ensure an efficient administration of the services and responding to miscellaneous issues. The Applicant attended to treasury matters during the current period.

*Asset Analysis/Liquidation*

During the current period, the Applicant reviewed three asset purchase agreements and attended an auction to sell the Debtor's assets. The Applicant assisted the Trustee in evaluating each of the asset purchase agreements and related financial due diligence information provided by each prospective asset purchaser.

The Applicant also prepared schedules that accompanied the final asset purchase agreement including administrative and cure expenses assumed and assisted the Trustee with turnover of assets to the successful bidder.

*Business Analysis*

The Applicant:

- Met with the individuals most knowledgeable of the Debtors' accounting and financial reporting to transition accounting and reporting from the Debtors' to the Applicant;
- Met with individuals most knowledgeable of the Debtors' corporate structure and related entities to gain an understanding of corporate transactions;

- Coordinated the transition of the Debtor's accounting, banking and business records to the Trustee; and
- Attended meetings with the Debtor's former IT personnel and assisted in the turnover of electronically stored information to the Trustee's representatives.

*Fee Application*

With regard to Fee Applications, before any fee application is presented to the Court, it must be drafted, checked against the contemporaneous time records, and verified for compliance with applicable legal requirements. This fee application is believed to be in full conformity with the Administrative Order. The Applicant has not included all the time of senior professionals which is necessarily required in the preparation of this fee application. However, the time of some administrative personnel has been incorporated.

**WHEREFORE**, the Applicant seeks a final award of **fees in the amount of $31,329.20 fees** and **costs in the amount of $193.47**, for a total amount of $31,522.67.

Respectfully submitted this 10th day of December, 2025.

KapilaMukamal, LLP
Accountants for the Trustee
1000 South Federal Highway, #200
Fort Lauderdale, Florida 33316
954/761-1011

BY: /s/***Soneet R. Kapila***
Soneet R. Kapila, CPA, CFF, CIRA, CFE

**Certification**

1. I have been designated by KapilaMukamal, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: N/A

Dated: December _10_, 2025

KapilaMukamal, LLP
Accountants for the Trustee
1000 South Federal Highway, #200
Fort Lauderdale, Florida 33316
954/761-1011

BY: *__/s/ Soneet R. Kapila__________*
Soneet R. Kapila, CPA, CFF, CIRA, CFE

EXHIBIT "1"
SILVER AIRWAYS, LLC (24-23623-BKC-PDR) AND
SEABORNE VIRGIN ISLANDS, INC. (24-23624-BKC-PDR)
JOINTLY ADMINISTERED UNDER CASE NO. 24-23623-BKC, PDR
KAPILAMUKAMAL'S CHAPTER 11 FINAL APPLICATION FOR COMPENSATION FOR SEABORNE VIRGIN ISLANDS, INC.
FOR THE PERIOD JUNE 30, 2025 THROUGH JULY 27, 2025

## SUMMARY CHART OF PREVIOUSLY FILED FEE APPLICATIONS

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid ( - ) | Expenses Paid ( - ) | Fees Owed/ Holdback | Exps Owed/ Holdback |
| NONE | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | $0.00 | $0.00 | | | $0.00 | $0.00 | 0.00 | 0.00 | $0.00 | $0.00 |

**EXHIBIT “1”**

EXHIBIT 2-A

SEABORNE VIRGIN ISLANDS, INC.

CASE NO: 24-23624-BKC-PDR

KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR COMPENSATION TO ACCOUNTANTS TO CHAPTER 11 TRUSTEE FOR SEABORNE VIRGIN ISLANDS, INC.

SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME

FOR THIS TIME PERIOD ONLY

JUNE 30, 2025 THROUGH JULY 27, 2025

| Name | Year Licensed/ Experience | Hours | Actual Rate | Total Billed |
|---|---|---|---|---|
| **SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA** | | | | |
| MMD - MELISSA DAVIS, CPA, CIRA, CFE PARTNER | 2002 | 37.00 | 650 | 24,050.00 |
| RLW - RACHEL WEISS, CPA, CFE SENIOR ASSOCIATE | 2015 | 12.20 | 476 | 5,807.20 |
| MW - MEREDITH WALKER, PARAPROFESSIONAL | 21 YEARS | 3.20 | 330 | 1,056.00 |
| CDM - CATHERINE MURCHISON, FORENSIC ANALYST | 44 YEARS | 1.30 | 320 | 416.00 |
| Report Totals | | 53.70 | 583.41 | 31,329.20 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner

**EXHIBIT 2-B**

**SEABORNE VIRGIN ISLANDS, INC.**

**CASE NO: 24-23624-BKC-PDR**

**KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR COMPENSATION TO ACCOUNTANTS TO CHAPTER 11 TRUSTEE FOR SEABORNE VIRGIN ISLANDS, INC. SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME BY ACTIVITY CODE CATEGORY FOR THIS TIME PERIOD ONLY**

**JUNE 30, 2025 THROUGH JULY 27, 2025**

| Position | Name | Hours | Blended Rate | Total Billed |
|---|---|---|---|---|
| **Time** | | | | |
| **ASSET ANALYSIS/LIQUIDATION** | | | | |
| PARTNER | MELISSA DAVIS | 14.90 | | 9,685.00 |
| SENIOR ASSOCIATE | RACHEL WEISS | 7.00 | | 3,332.00 |
| ASSET ANALYSIS/LIQUIDATION Totals | | 21.90 | | 13,017.00 |
| **CASE ADMIN (BANKRUPTCY)** | | | | |
| PARAPROFESSIONAL | MEREDITH WALKER | 3.20 | | 1,056.00 |
| FORENSIC ANALYST | CATHERINE MURCHISON | 1.30 | | 416.00 |
| CASE ADMIN (BANKRUPTCY) Totals | | 4.50 | | 1,472.00 |
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| PARTNER | MELISSA DAVIS | 22.10 | | 14,365.00 |
| SENIOR ASSOCIATE | RACHEL WEISS | 5.20 | | 2,475.20 |
| BUSINESS ANALYSIS (BANKRUPTCY) Totals | | 27.30 | | 16,840.20 |
| Time Totals | | 53.70 | | 31,329.20 |
| Report Totals | | 53.70 | 583.41 | 31,329.20 |

**EXHIBIT 3**

**SEABORNE VIRGIN ISLANDS, INC.**

**CASE NO: 24-23624-BKC-PDR**

**KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR COMPENSATION TO ACCOUNTANTS TO CHAPTER 11 TRUSTEE FOR SEABORNE VIRGIN ISLANDS, INC.**

**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**

**FOR THIS TIME PERIOD ONLY**

**JUNE 30, 2025 THROUGH JULY 27, 2025**

| | | |
|---|---|---|
| 1. | Filing Fees | 0.00 |
| 2. | Process Service Fees | 0.00 |
| 3. | Witness Fees | 0.00 |
| 4. | Court Report and Transripts | 0.00 |
| 5. | Lien and Title Searches | |
| 6. | Photocopies | |
| | a. In-House ( 905 @ 0.1500 ) | 135.75 |
| | b. Outside Copies ( 0 @ 0.0000 ) | 0.00 |
| 7. | Postage | 0.00 |
| 8. | Overnight Delivery Charges | |
| | a. Express Mail | 0.00 |
| | b. Overnight Delivery | 54.42 |
| 9. | Ouside Courier/Messenger Services | 0.00 |
| 10. | Long Distance Telephone/Teleconference Charges | 0.00 |
| 11. | Telephonic Court Appearance | 0.00 |
| 12. | Computerized Research | 0.00 |
| 13. | Out of District Travel | |
| | a. Mileage | 0.00 |
| | b. Parking | 0.00 |
| | c. Airfare | 0.00 |
| | d. Accomodations | 0.00 |
| | e. Car Rental Gas | 0.00 |
| | f. Tolls | 0.00 |
| | g. Meals | 0.00 |
| | h. Taxi | 0.00 |
| | i. Car Rental | 0.00 |
| 14. | Other Permissible Expenses (must specify & justify) | |
| | a. Virtual Data Room | 0.00 |
| | b. Supplies | 0.00 |
| | c. Internet Hosting (Web Site) | 0.00 |
| | d. Advertising | 0.00 |
| | e. Storage | 0.00 |
| | f. Computer Supply Charges | 0.00 |
| | g. Locksmith | 0.00 |
| | h. Lacerte | 0.00 |
| | i. Pacer | 3.30 |
| | j. Ouside Computer Services | 0.00 |
| | k. Tax Return Prep, Vendor Cost | 0.00 |
| | l. Domain Site Renewals | 0.00 |
| | m. Outside Services | 0.00 |
| | n. Payments Made For Clients | 0.00 |
| | o. Cost Allocation | 0.00 |
| | p. Miscellaneous | 0.00 |
| TOTAL EXPENSE REIMBURSEMENT REQUESTED | | 193.47 |

# Billing Worksheet

Friday, December 5, 2025

June 30, 2025 - July 27, 2025

93980 SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA

## Time & Expenses Available to be billed

93980 SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA

### Time

#### ASSET ANALYSIS/LIQUIDATION

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| MMD | 610 | 06/30/25 | 650.00 | 0.60 | 390.00 | REVIEW CASE MANAGEMENT SUMMARY |
| MMD | 610 | 06/30/25 | 650.00 | 1.40 | 910.00 | REVIEW THREE ASSET PURCHASE AGREEMENTS. |
| MMD | 610 | 06/30/25 | 650.00 | 0.90 | 585.00 | REVIEW ORDER APPROVING BID PROCEDURES. |
| MMD | 610 | 06/30/25 | 650.00 | 0.80 | 520.00 | REVIEW DOCKET |
| MMD | 610 | 06/30/25 | 650.00 | 1.20 | 780.00 | REVIEW BANKRUPTCY SCHEDULES AND SOFA. |
| MMD | 610 | 06/30/25 | 650.00 | 0.70 | 455.00 | ATTEND TC WITH MICHAEL HOLBEIN RE HISTORY OF CASE AND UPCOMING AUCTION. |
| RLW | 610 | 07/01/25 | 476.00 | 7.00 | 3,332.00 | ATTEND AUCTION AND HEARING RE: SALE OF ASSETS |
| MMD | 610 | 07/01/25 | 650.00 | 5.00 | 3,250.00 | ATTEND AUCTION AND SALE HEARING. |
| MMD | 610 | 07/01/25 | 650.00 | 0.60 | 390.00 | REVIEW CURE AND ADMIN EXPENSE SCHEDULE PROVIDED BY DEBTOR'S COUNSEL. |
| MMD | 610 | 07/01/25 | 650.00 | 1.00 | 650.00 | ATTEND SALE HEARING. |
| MMD | 610 | 07/07/25 | 650.00 | 0.20 | 130.00 | ATTEND TC WITH COUNSEL AND TRUSTEE RE SEABORNE SALE. |
| MMD | 610 | 07/09/25 | 650.00 | 0.50 | 325.00 | ATTEND TC WITH BUYER REPS RE SALE MATTERS. |
| MMD | 610 | 07/09/25 | 650.00 | 0.10 | 65.00 | DRAFT EMAIL TO TRUSTEE AND COUNSEL RE D&O COMPUTERS. |
| MMD | 610 | 07/11/25 | 650.00 | 0.70 | 455.00 | ATTEND MEETING WITH COUNSEL RE ASSUMED CONTRACTS AND LIABILITIES. |
| MMD | 610 | 07/11/25 | 650.00 | 0.60 | 390.00 | ATTEND TO ACCOUNTS PAYABLE AND OPERATIONAL EXPENSES. |
| MMD | 610 | 07/11/25 | 650.00 | 0.60 | 390.00 | ATTEND TO MULTIPLE EMAILS RE SALE CLOSING. |
| ASSET ANALYSIS/LIQUIDATION Totals | | | | 21.90 | 13,017.00 | |

#### CASE ADMIN (BANKRUPTCY)

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| MW | 699 | 06/30/25 | 330.00 | 0.50 | 165.00 | PREPARE NOTICE OF FILING FOR CHANGE OF AUCTION VENUE. PREPARE NOTICE OF FILING FOR TRUSTEE ACCEPTANCE. DOWNLOAD VARIOUS ECF PLEADINGS. |
| CDM | 699 | 07/02/25 | 320.00 | 0.40 | 128.00 | ACCESS FIRMEX DATA SITE; DOWNLOAD ALL DOCUMENTS TO KM AS REQUESTED BY MELISSA DAVIS |
| CDM | 699 | 07/02/25 | 320.00 | 0.60 | 192.00 | TREASURY FUNCTIONS |
| MW | 699 | 07/02/25 | 330.00 | 0.60 | 198.00 | TEND TO CASE ADMINISTRATION DOWNLOAD AND CIRCULATE ECF ENTRIES. MONITOR EMAILS RELATING TO TREASURY AND REPORTING. RESEARCH DOCKET FOR PENDING MOTIONS AND FUTURE HEARINGS. CALENDAR RESULTS. |
| CDM | 699 | 07/03/25 | 320.00 | 0.30 | 96.00 | TREASURY FUNCTIONS |

# Billing Worksheet

Friday, December 5, 2025

June 30, 2025 - July 27, 2025

## Time & Expenses Available to be billed

93980 SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| MW | 699 | 07/07/25 | 330.00 | 0.20 | 66.00 | DOWNLOAD AND CIRCULATE ECF FILINGS FOR ADMIN EXPENSE CLAIMS AND CURRENT FILINGS |
| MW | 699 | 07/08/25 | 330.00 | 0.40 | 132.00 | FINALIZE FIRST BANK SIGNATORY DOCUMENTS FOR TREASURY FUNCTIONS BY THE TRUSTEE. FINALIZE AND CIRCULATE TO FIRST BANK |
| MW | 699 | 07/09/25 | 330.00 | 0.30 | 99.00 | TEND TO EMAILS RE TREASURY FUNCTIONS, OBTAIN CURRENT TO-DATE BANK BALANCE FOR BUDGETS. |
| MW | 699 | 07/14/25 | 330.00 | 0.20 | 66.00 | TEND TO EMAILS AND TREASURY FUNCTIONS FOR OPERATIONS. T/C WITH M. DAVIS. |
| MW | 699 | 07/15/25 | 330.00 | 0.80 | 264.00 | DRAFT BANK LETTERS TO CLOSE CHAPTER 11 BANK ACCOUNTS. REVIEW EMAILS RELATING TO BUYER RETAINING CONTROL OF OPERATING ACCOUNT. DISCUSS WITH TRUSTEE |
| MW | 699 | 07/17/25 | 330.00 | 0.20 | 66.00 | TEND TO EMAIL AND PHONE CALL RE FIDUCIARY TASKS. |
| CASE ADMIN (BANKRUPTCY) Totals | | | | 4.50 | 1,472.00 | |

### BUSINESS ANALYSIS (BANKRUPTCY)

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| RLW | 745 | 07/01/25 | 476.00 | 0.60 | 285.60 | ANALYZE MORS AND BANKRUPTCY SCHEDULES |
| RLW | 741 | 07/01/25 | 476.00 | 1.00 | 476.00 | MEETING WITH SEABORNE EMPLOYEES |
| MMD | 745 | 07/01/25 | 650.00 | 1.00 | 650.00 | ATTEND MEETING WITH ALEX ALVAREZ AND PHIL LAMBRECHTS REGARDING OPERATIONS AND TRANSITION. |
| RLW | 745 | 07/02/25 | 476.00 | 0.60 | 285.60 | PREPARE A SCHEDULE OF BANK ACCOUNTS |
| MMD | 745 | 07/02/25 | 650.00 | 0.20 | 130.00 | ATTEND TC WITH ADAM SHARP RE IT MATTERS. |
| MMD | 745 | 07/02/25 | 650.00 | 0.30 | 195.00 | REVIEW EMAILS RE NEW BANK ACCOUNTS. |
| MMD | 745 | 07/02/25 | 650.00 | 0.10 | 65.00 | SEND CONTACT INFORMATION FOR LEONITE TEAM TO TRUSTEE. |
| MMD | 745 | 07/02/25 | 650.00 | 0.40 | 260.00 | DRAFT TURNOVER REQUEST. |
| MMD | 745 | 07/02/25 | 650.00 | 0.60 | 390.00 | RESEARCH DOCKET TO IDENTIFY BANK ACCOUNT INFORMATION AND SEND TO TRUSTEE. |
| MMD | 745 | 07/02/25 | 650.00 | 0.60 | 390.00 | REVIEW DOCUMENTS AND INFORMATION FROM DATA ROOM. |
| MMD | 745 | 07/02/25 | 650.00 | 0.40 | 260.00 | TC WITH ALEX ALVEREZ RE TREASURY MATTERS. |
| MMD | 745 | 07/02/25 | 650.00 | 0.60 | 390.00 | SEND ALEX ALVAREZ LIST OF INSURANCE POLICIES THAT WE ARE TRYING TO OBTAIN COPIES OF. |
| MMD | 745 | 07/02/25 | 650.00 | 0.30 | 195.00 | DRAFT EMAIL TO DARRYL RICHARDSON RE OPERATING EXPENSES. |
| RLW | 745 | 07/03/25 | 476.00 | 0.80 | 380.80 | PREPARE A DRAFT 13 WEEK CASH BUDGET |
| RLW | 741 | 07/03/25 | 476.00 | 0.20 | 95.20 | TC WITH SEABORNE EMPLOYEES RE: CASH NEEDS |
| RLW | 745 | 07/03/25 | 476.00 | 0.30 | 142.80 | ANALYZE CASH BALANCE AS OF JUNE 30, 2025 |
| RLW | 745 | 07/03/25 | 476.00 | 1.70 | 809.20 | ANALYZE IDI DOCUMENTATION AND DATA ROOM DOCUMENTATION |
| MMD | 745 | 07/03/25 | 650.00 | 0.50 | 325.00 | ATTEND TC WITH ADAM SHARP AND ALEX MILLET REGARDING IT MATTERS. |
| MMD | 745 | 07/03/25 | 650.00 | 0.20 | 130.00 | ATTEND MEETING WITH TRUSTEE, P. LAMBRECHTS, J. YEARWOOD RE OPERATIONAL EXPENSES. |
| MMD | 745 | 07/03/25 | 650.00 | 0.20 | 130.00 | DRAFT EMAIL TO J. YEARWOOD RE APPROVAL OF OPERATING EXPENSES. |

# Billing Worksheet

Friday, December 5, 2025

June 30, 2025 - July 27, 2025

## Time & Expenses Available to be billed

93980 SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| MMD | 745 | 07/03/25 | 650.00 | 0.30 | 195.00 | ATTEND TO MULTIPLE EMAILS RE BANK ACCOUNTS AND TRANSITION. |
| MMD | 745 | 07/03/25 | 650.00 | 0.40 | 260.00 | REVIEW DOCUMENTS IN FIRMEX AND PRODUCED IN IDI. |
| MMD | 745 | 07/03/25 | 650.00 | 0.30 | 195.00 | DRAFT EMAIL TO COUNSEL AND TRUSTEE RE IT MATTERS. |
| MMD | 745 | 07/05/25 | 650.00 | 0.40 | 260.00 | DRAFT EMAIL TO TRUSTEE REGARDING OPERATING EXPENSES PAID. |
| MMD | 745 | 07/07/25 | 650.00 | 0.80 | 520.00 | ATTEND TC TRUSTEE AND COUNSEL REGARDING IT TRANSITION. |
| MMD | 745 | 07/07/25 | 650.00 | 0.20 | 130.00 | DRAFT EMAIL TO TRUSTEE RE ALEX ALVAREZ TASK LIST. |
| MMD | 745 | 07/07/25 | 650.00 | 0.20 | 130.00 | ATTEND TO EMAILS RE TRANSITION OF BANK ACCOUNTS. |
| MMD | 745 | 07/07/25 | 650.00 | 0.50 | 325.00 | CONTINUE TO REVIEW FIRMEX AND ESI LISTS. |
| MMD | 745 | 07/08/25 | 650.00 | 1.00 | 650.00 | ATTEND MEETING WITH EHOUNDS AND SILVER REPS RE ESI TURNOVER. DRAFT FOLLOW UP RE SAME. |
| MMD | 745 | 07/08/25 | 650.00 | 0.60 | 390.00 | ATTEND TO AP AND BUDGET MATTERS. |
| MMD | 745 | 07/08/25 | 650.00 | 0.50 | 325.00 | ATTEND TO TREASURY EMAILS AND QUESTIONS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.40 | 260.00 | DRAFT EMAIL TO MARSH INSURANCE REGARDING SEABORNE INSURANCE MATTERS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.80 | 520.00 | REVIEW INSURANCE POLICIES PRODUCED. |
| MMD | 745 | 07/09/25 | 650.00 | 0.70 | 455.00 | ATTEND TO EMAILS RE TREASURY MATTERS AND CASH PROJECTIONS FOR OPERATIONS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.80 | 520.00 | PREPARE SCHEDULE OF PROJECTED DISBURSEMENTS FOR OPERATING EXPENSES. |
| MMD | 745 | 07/09/25 | 650.00 | 0.50 | 325.00 | ATTEND TC WITH TRUSTEE AND COUNSEL RE INSURANCE MATTERS. |
| MMD | 745 | 07/09/25 | 650.00 | 1.00 | 650.00 | SITE VISIT TO GREEN STREET OFFICE TO REVIEW BUSINESS RECORDS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.40 | 260.00 | REVIEW KENN BOREK CLAIM AMOUNTS. |
| MMD | 745 | 07/09/25 | 650.00 | 1.20 | 780.00 | DRAFT LIST OF ESTIMATED ASSUMED LIABILITIES AND SEND TO TRUSTEE AND COUNSEL. |
| MMD | 745 | 07/09/25 | 650.00 | 0.20 | 130.00 | REVIEW EMAIL FROM PHILIP LAMBRECHTS REGARDING SILVER COMPUTER ASSETS USED IN SEABORNE OPERATIONS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.20 | 130.00 | TC WITH MARIA LAMBRIOLA RE HR MATTERS. |
| MMD | 745 | 07/09/25 | 650.00 | 0.10 | 65.00 | DRAFT EMAIL TO SEABORNE OPERATIONS TEAM REGARDING MICROSOFT OFFICE 365, |
| MMD | 745 | 07/10/25 | 650.00 | 0.10 | 65.00 | EMAILS RE TREASURY MATTERS. |
| MMD | 745 | 07/10/25 | 650.00 | 0.20 | 130.00 | ATTEND TO EMAILS PLANNING OPERATIONS STATUS MEETING. |
| MMD | 745 | 07/10/25 | 650.00 | 0.30 | 195.00 | DRAFT AGENDA FOR OPERATIONS CALL. |
| MMD | 745 | 07/11/25 | 650.00 | 1.00 | 650.00 | ATTEND MEETING RE OPERATIONAL ISSUES. |
| MMD | 745 | 07/11/25 | 650.00 | 0.50 | 325.00 | ATTEND MEETING WITH TRUSTEE AND COUNSEL RE TASK LIST. |
| MMD | 745 | 07/11/25 | 650.00 | 2.30 | 1,495.00 | PREPARE SCHEDULES FOR SEABORNE APA AND SALE ACCOUNTING. |
| MMD | 745 | 07/11/25 | 650.00 | 0.20 | 130.00 | EMAILS RE INSURANCE MATTERS. |
| MMD | 745 | 07/11/25 | 650.00 | 0.10 | 65.00 | TC WITH INSURANCE AGENT WIL CAMPBELL. |

# Billing Worksheet

Friday, December 5, 2025

June 30, 2025 - July 27, 2025

## Time & Expenses Available to be billed

93980 SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| MMD | 745 | 07/11/25 | 650.00 | 0.10 | 65.00 | REVIEW EMAILS RE GREEN STREET OFFICE. |
| MMD | 745 | 07/13/25 | 650.00 | 0.40 | 260.00 | REVIEW EMAILS RE PAYROLL AND SEND TO TRUSTEE AND COUNSEL. |
| BUSINESS ANALYSIS (BANKRUPTCY) Totals | | | | 27.30 | 16,840.20 | |
| Time Totals | | | | 53.70 | 31,329.20 | |

Expense

EXPENSES

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| EXP | E826 | 06/30/25 | | 220.00 | 33.00 | PRINTED COPIES - JUNE 2025 (06/01/25-06/30/25) |
| EXP | E826 | 07/01/25 | | 652.00 | 97.80 | PRINTED COPIES - JULY 2025 (07/01/25) |
| EXP | E815 | 07/18/25 | | 1.00 | 18.32 | FEDEX |
| EXP | E815 | 07/18/25 | | 1.00 | 36.10 | FEDEX |
| EXP | E864 | 07/27/25 | | 33.00 | 3.30 | PACER - JULY 2025 |
| EXP | E826 | 07/27/25 | | 33.00 | 4.95 | PRINTED COPIES - JULY 2025 (07/01/25-07/27/25) |
| EXPENSES Totals | | | | 940.00 | 193.47 | |
| Expense Totals | | | | 940.00 | 193.47 | |
| Client SEABORNE VIRGIN ISLANDS, INC.-CH 11-CPA Totals | | | | | 31,522.67 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:

| | |
|---|---|
| Silver Airways, LLC,<br>and<br>Seaborne Virgin Islands, Inc.;<br><br>Debtors. / | Case No. 24-23623-BKC-PDR<br>(Jointly Administered with<br>Case No. 24-23624-BKC-PDR)<br>Chapter 11 Cases |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *KapilaMukamal's First and Final Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses to Accountant to Chapter 11 Trustee for Seaborne Virgin Islands, Inc. for the Period June 30, 2025 through July 27, 2025*, was or will be served upon the filing of the foregoing document, via the Court's Notice of Electronic Filing upon the Registered Users listed below. A true and correct copy of Notice of Hearing, if and once docketed, will be served via CM/ECF on all electronic recipients and via US Mail to all required parties and a certificate of service will be filed.

Respectfully submitted this _10th day of December, 2025.

KapilaMukamal, LLP
Accountants for the Trustee
1000 South Federal Highway, #200
Fort Lauderdale, Florida 33316
954/761-1011

BY: /s/***Soneet R. Kapila***
Soneet R. Kapila, CPA, CFF, CIRA, CFE

Via CM/ECF:

- Ricardo Abraham rabraham@broward.org, swulfekuhle@broward.org
- Thomas L Abrams tabrams@tabramslaw.com, fcolumbo@tabramslaw.com; abrams.thomasl.b132292@notify.bestcase.com

- Joaquin J Alemany joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- Scott Andron sandron@broward.org, swulfekuhle@broward.org
- D. Marcus Braswell mbraswell@sugarmansusskind.com, mbraswell5@gmail.com
- Samuel J Capuano scapuano@bergersingerman.com, FSellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.courtdrive.com
- Shane A Chernoff schernoff@shw-law.com, michele@shw-law.com; jroche@shw-law.com
- Shawn M Christianson schristianson@buchalter.com, cmcintire@buchalter.com
- Matthew G Davis mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Drew M Dillworth ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com; jless@stearnsweaver.com; dillworthcdp@ecf.epiqsystems.com; fsanchez@stearnsweaver.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Seann M Frazier Sfrazier@phrd.com, Sfulghum@phrd.com
- Daniel N Gonzalez dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- Stephanie Griffin sgriffinmateo@kaplankirsch.com
- Brian P. Hall bhall@sgrlaw.com
- Lee B Hart lee.hart@nelsonmullins.com
- Ross R Hartog rhartog@mrthlaw.com, ecfnotices@mrthlaw.com, gruiz@mrthlaw.com, msalazar@mrthlaw.com, mrthbkc@gmail.com, lgener@mrthlaw.com, ycandia@mrthlaw.com, rhartog@ecf.courtdrive.com
- Nicole Grimal Helmstetter nhelmstetter@joneswalker.com, mburrow@joneswalker.com; mgreen@joneswalker.com; stobie@joneswalker.com
- Adam Herring adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com
- Michael F Holbein mholbein@sgrlaw.com
- Soneet Kapila trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Soneet R. Kapila nodonnell@kapilamukamal.com
- Sameer K Kapoor skapoor@phrd.com, elyttle@phrd.com
- Alexis A Leventhal aleventhal@reedsmith.com, dsteinmeyer@reedsmith.com
- William Lindeman w.lindeman@wmlpa.com
- Javier A. Lopez jlopez@vedderprice.com, ecfmidocket@vedderprice.com, javier-a-lopez-2288@ecf.pacerpro.com
- John E Lucian lucian@blankrome.com
- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com
- Glenn D Moses gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jnunez@venable.com; imalcolm@ecf.courtdrive.com
- Meaghan E Murphy mmurphy@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@melandbudwick.com;

ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com; mmurphy@ecf.courtdrive.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Kristopher Pearson kpearson@dvcattorneys.com, lfd@dvllp.com,ana@culmolaw.com
- Alan J. Perlman aperlman@dickinson-wright.com, GWade@dickinson-wright.com
- Robert J. Powell rpowell@moorheadlaw.com, heidi@moorheadlaw.com; bbangle@moorheadlaw.com
- Leanne McKnight Prendergast Leanne.Prendergast@pierferd.com, l3annemp@gmail.com
- Jeffrey C. Roth jeff@rothandscholl.com, christine@rothandscholl.com
- Luis Salazar lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com; lsalazar@coleschotz.com; JCeide@coleschotz.com; LLorenzo@coleschotz.com; Alee-sin@coleschotz.com; lee-sin@salazar.law
- David Samole das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- John Schank john.s.schank@usdoj.gov
- Suzanne Ashelle Singer ssinger@rumberger.com, swilliams@rumberger.com; bchandler@rumberger.com
- Raychelle A Tasher Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov; Shannon.Patterson@usdoj.gov
- Frank Terzo frank.terzo@nelsonmullins.com, linnea.hann@nelsonmullins.com
- Richard Scott Williams swilliams@rumberger.com
- Andrew D. Zaron azaron@leoncosgrove.com, eperez@leoncosgrove.com